SAMMARCO ET AL., APPELLANTS, *v.* ANTHEM INSURANCE
COMPANIES, INC. ET AL., APPELLEES.

[Cite as *Sammarco v. Anthem Ins. Cos.,
Inc.* (1999), 87 Ohio St.3d 1227.]

(No. 98–2718—Submitted November 2, 1999—Decided December 8, 1999.)

---

*Waite, Schneider, Bayless & Chesley Co., L.P.A., Stanley M. Chesley* and *Janet G. Abaray,* for appellants.

*Thompson, Hine & Flory, L.L.P., Earl Jay Maiman* and *Robert P. Johnson,* for appellees.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

F.E. SWEENEY, J., dissents and would reverse.